IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR PACKWOOD, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONTRA COSTA CHILDREN AND FAMILY SERVICES, et al.,<br><br>    Defendants. | Case No. 22-cv-02741-MMC<br><br>**ORDER DENYING AS MOOT NORMAN PATTIS'S MOTION TO WITHDRAW APPEARANCE** |

Before the Court is the Motion to Withdraw Appearance, filed April 15, 2024, whereby Norman Pattis ("Pattis") requests permission to withdraw as counsel for plaintiffs.

Although Pattis filed an Application for Admission of Attorney Pro Hac Vice (see Doc. Nos. 69,71), the Court denied the Application by order filed July 28, 2023, and, accordingly, the Motion to Withdraw Appearance is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: April 16, 2024

                                                MAXINE M. CHESNEY<br>                                                United States District Judge